# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand and fourteen.

Before:    Ralph K. Winter,
              *Circuit Judge*.

_____

Douglas E. Kampfer,
    Plaintiff-Appellant,

v.

**ORDER**
Docket No. 14-110

Andrew M. Cuomo, (Governor, State of New York),
    Defendant-Appellee.

_____

    Appellee moves to hold this appeal in abeyance pending disposition of *New York State Rifle and Pistol Association v. Cuomo*, pending before this Court under lead docket number 14-36.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

